An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEXTER OWENS,
                Appellant,

vs.

JAMES G. COX,
                Respondent.

No. 69183

**FILED**

DEC 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to dispense with the security requirement. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Elliott A. Sattler, District Judge
       Dexter Owens
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38220